**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**AMANDA POWERS**                                                                   **PLAINTIFF**

**V.**                        **CASE NO. 3:06-CV-00079 GTE**

**DELTA BEVERAGE GROUP, INC.**                                **DEFENDANT**

**ORDER EXTENDING DEADLINE FOR STATUS REPORT**

Before the Court is a Joint Motion to Extend Scheduling Order Deadlines. Therein, the parties request that "all scheduling order deadlines which are due before March 28, 2008" be extended to March 28, 2008. For cause, the parties state that a settlement conference is presently scheduled for March 11, 2008, before Magistrate Judge John F. Forster, Jr.

This matter is scheduled for jury trial on April 28, 2008. On January 11, 2008, the Court referred the case to Judge Forster for a settlement conference at the parties' request.

This case has been pending since May of 2006. It has been continued numerous times. The Court previously accommodated the parties by moving the discovery and motion deadlines to February 5, 2008. While the parties have not specifically referenced the discovery and motion deadlines, their joint motion appears to include such deadlines. No cause has been given to justify extending either. Extending the motion deadline until March 28, 2008, would jeopardize the trial date. The Court rejects that request. It also rejects any extension of the discovery deadline at this time. The Court will consider extending the discovery deadline based upon a specific showing of need, an identification of the specific discovery to be conducted and an explanation of why such discovery was not completed prior to February 5, 2008.

The only other deadline that expires prior to March 28, 2008, is the status report deadline. That deadline and that deadline alone will be extended.

## CONCLUSION

IT IS THEREFORE ORDERED THAT the Joint Motion to Extend Scheduling Order Deadlines (Doc. # 52) be, and it is hereby, GRANTED IN PART AND DENIED IN PART. The deadline for filing a status report is hereby extended until March 28, 2008. All other deadlines remain as previously stated.

IT IS SO ORDERED this  6th  day of February, 2008.

    _/s/Garnett Thomas Eisele_____
    UNITED STATES DISTRICT JUDGE