**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO**

AMANDA POWERS,

    Plaintiff,

vs.                                        Case No.: 3:06-cv-00079 GTE

DELTA BEVERAGE GROUP, INC. a/k/a
PEPSIAMERICAS, INC.,

    Defendant.

**CONSENT ORDER OF DISMISSAL WITH PREJUDICE**

      Come the parties and announce to the Court that all matters arising out of this claim in controversy between them have been compromised and settled out of Court and that the Plaintiff, for a valuable consideration, receipt of which is hereby acknowledged, has executed a release in full and final settlement of all her claims against Defendant arising out of the matters here in controversy. It is, therefore,

      ORDERED, ADJUDGED and DECREED by the Court that this cause be, and it is hereby, dismissed with full prejudice to Plaintiff. Court costs are taxed to Defendant.

      IT IS SO ORDERED THIS _29th_ day of April, 2008.

                                                     _/s/Garnett Thomas Eisele_____
                                                     UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

By: s/Casey Castleberry (w/permission)
    Casey Castleberry (AR Bar No. 2003109)
    Post Office Box 2595
    Batesville, AR  72503-2595
    Telephone: 870-793-3821
    Facsimile: 870-793-3815
    caseycastleberry2003@yahoo.com

    Attorney for Plaintiff

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

By: s/ Effie V. Bean
    Daniel W. Van Horn (AR Bar No. 2007024)
    Effie V. Bean, (TN Bar No. 022017)
    6075 Poplar Avenue, Suite 500
    Memphis, TN 38119
    Telephone: (901) 680-7200
    Facsimile: (901) 680-7201
    danny.vanhorn@butlersnow.com
    effie.bean@butlersnow.com

    Attorneys for Delta Beverage Group, Inc. a/k/a PepsiAmericas, Inc.